UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEVEN FOR ALL MANKIND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMARTBARGAINS, INC. and SMARTBARGAINS.COM, LP, <br><br> Defendants. | 05 11175 RWZ <br><br> Civil Action No. |

### CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff Seven For All Mankind, LLC hereby states that it is a Delaware Corporation. There are no publicly-held companies owning ten (10) percent or more of the stock of Seven For All Mankind. Furthermore, Seven For All Mankind, LLC owns no subsidiaries. L'Koral and Bear Stearns Merchant Manager II, LLC are the parent corporations of Seven For All Mankind, LLC.

SEVEN FOR ALL MANKIND, LLC

By its attorneys,

Dated: June 6, 2005

Michael Arthur Walsh (BBO # 514875)
Kathleen Burdette Shields (BBO # 637438)
E. Page Wilkins (BBO # 654535)
CHOATE, HALL & STEWART, LLP
Exchange Place
53 State Street
Boston, MA 02110
Telephone: 617-248-5000
Facsimile: 617-248-4000

Of counsel:

IRELL & MANELLA LLP
  Bruce A. Wessel
  Jane Shay Wald
  1800 Avenue of the Stars, Suite 900
  Los Angeles, California 90067-4276
  Telephone: 310-277-1010
  Facsimile: 310-203-7199

3939326v1