﹋AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

SEVEN FOR ALL MANKIND, LLC,
Plaintiff,

V.

SMART BARGAINS, INC. and
SMARTBARGAINS.COM, LP,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 11175 RWZ**

TO: (Name and address of Defendant)

SmartBargains, Inc.

c/o Maguerite Hill
10 Milk Street, 10th Floor
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Arthur Walsh
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN -6 2005

CLERK

(By) DEPUTY CLERK     DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE June 7, 2005 |
| NAME OF SERVER (PRINT) Jill Sartori | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Served copies to Marguerite Hill accepting on behalf of SmartBargains, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 7, 2005
              Date                    Signature of Server

6 Beacon St., Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.